# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL THURSTON, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 2:13-cv-00013-GZS |
| ) | |
| CUMBERLAND COUNTY, et als., ) | |
| ) | |
| Defendant ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 46) filed December 17, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 32) is **GRANTED IN PART** in that Count I, the sole federal claim, is **DISMISSED WITH PREJUDICE** and that Count II, the state law claim, is **DISMISSED WITHOUT PREJUDICE**.

                                                                     /s/ George Z. Singal
                                                                     United States District Judge

Dated this 26th day of January, 2014.